Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−14141−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ronald A Corduan Jr.
  497 Fairfield Ave
  Brick, NJ 08723

Social Security No.:
  xxx−xx−5723

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/20/20
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 26, 2020
JAN: pbf

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 20-14141-CMG
Ronald A Corduan, Jr.                                         Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Mar 26, 2020
                              Form ID: 132             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db             +Ronald A Corduan, Jr.,    497 Fairfield Ave,    Brick, NJ 08723-5263
518758063      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
518758062      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518758065      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518758064      +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
518758066      +Brick Township,    Brick Utlities,    1551 Highway 88 West,    Brick, NJ 08724-2399
518758070      +Credit First National Association,    Pob 81315,    Cleveland, OH 44181-0315
518758069      +Credit First National Association,    Attn: Bankruptcy,    Po Box 81315,
                 Cleveland, OH 44181-0315
518758072     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
                (address filed with court: Jersey Central Power & Light,     PO Box 3687,    Akron, OH 44309)
518758073      +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
518758082      +State of New Jersey,    Division of Taxation,    50 Barrck Street,    Trenton, NJ 08608-2006
518758086       Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2020 00:29:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2020 00:29:24      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518758059      +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2020 00:24:38      Ally,    PO Box 380902,
                 Minneapolis, MN 55438-0902
518758060      +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2020 00:24:38      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
518758061      +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2020 00:24:38      Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
518758068      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 00:32:08       Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518758067      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 00:32:08       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518777124      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2020 00:33:29
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518758071       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 27 2020 00:28:57      Internal Service Revenue,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518758075      +E-mail/Text: bncnotices@becket-lee.com Mar 27 2020 00:28:42      Kohls/Capital One,
                 Po Box 3115,    Milwaukee, WI 53201-3115
518758074      +E-mail/Text: bncnotices@becket-lee.com Mar 27 2020 00:28:42      Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518758077       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 00:33:19
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
518758076       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 00:31:10
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
518758078      +E-mail/Text: bankruptcyteam@quickenloans.com Mar 27 2020 00:29:40      Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518758079      +E-mail/Text: bankruptcyteam@quickenloans.com Mar 27 2020 00:29:40      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
518758080      +E-mail/Text: bankruptcy@sw-credit.com Mar 27 2020 00:29:25      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
518758081      +E-mail/Text: bankruptcy@sw-credit.com Mar 27 2020 00:29:25      Southwest Credit Systems,
                 4120 International Parkway,    Carrollton, TX 75007-1958
518760435      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 00:30:55      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
518758083      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 00:30:52      Synchrony Bank/Select Comfort,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518758084      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 00:30:53      Synchrony Bank/Select Comfort,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518758085      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2020 00:24:32
                 Verizon Wireless,    Attn: Verizon Bankruptcy,    500 Technology Dr, Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 21

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 26, 2020
                              Form ID: 132             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Ronald A Corduan, Jr. courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 4
```