Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−14141−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald A Corduan Jr.
   497 Fairfield Ave
   Brick, NJ 08723

Social Security No.:
   xxx−xx−5723

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              10/7/20
Time:              10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 28, 2020
JAN: mrg

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Ronald A Corduan, Jr.
    Debtor

Case No. 20-14141-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Aug 28, 2020
                      Form ID: 132       Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.

```
db              +Ronald A Corduan, Jr.,    497 Fairfield Ave,    Brick, NJ 08723-5263
518758062       +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518758063       +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
518758065       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518758064       +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
518758066       +Brick Township,    Brick Utlities,    1551 Highway 88 West,    Brick, NJ 08724-2399
518795825        CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND,OH 44181-8011
518758070       +Credit First National Association,    Pob 81315,    Cleveland, OH 44181-0315
518758069       +Credit First National Association,    Attn: Bankruptcy,    Po Box 81315,
                  Cleveland, OH 44181-0315
518758072      ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                  RED BANK NJ 07701-5688
                 (address filed with court:  Jersey Central Power & Light,    PO Box 3687,    Akron, OH 44309)
518758073      #+KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
518875545       +STATE OF NEW JERSEY DEPARTMENT OF LABOR,    PO BOX 951,    TRENTON, NJ 08625-0951
518758082       +State of New Jersey,    Division of Taxation,    50 Barrck Street,    Trenton, NJ 08608-2006
518758086        Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2020 01:45:05      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2020 01:45:00      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518758059       +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2020 01:43:47      Ally,    PO Box 380902,
                  Minneapolis, MN 55438-0902
518837188        E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2020 01:43:47      Ally Capital,    PO Box 130424,
                  Roseville MN 55113-0004
518758060       +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2020 01:43:47      Ally Financial,
                  Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
518758061       +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2020 01:43:47      Ally Financial,
                  P.o. Box 380901,    Bloomington, MN 55438-0901
518758068       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2020 01:53:17      Capital One,
                  Po Box 30281,    Salt Lake City, UT 84130-0281
518758067       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2020 01:54:42      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518777124       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2020 01:54:19
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518758071        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 29 2020 01:44:32      Internal Service Revenue,
                  PO Box 7346,    Philadelphia, PA 19101-7346
518758075       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 29 2020 01:44:15      Kohls/Capital One,
                  Po Box 3115,    Milwaukee, WI 53201-3115
518758074       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 29 2020 01:44:15      Kohls/Capital One,
                  Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518758077        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 01:54:52
                  Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
518758076        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 01:54:53
                  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
518791710        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 01:53:25
                  Portfolio Recovery Associates, LLC,    c/o Pc Richard,    POB 41067,    Norfolk VA 23541
518823474        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 01:53:27
                  Portfolio Recovery Associates, LLC,    c/o Priceline,    POB 41067,    Norfolk VA 23541
518758078       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 29 2020 01:45:23      Quicken Loans,
                  Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518758079       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 29 2020 01:45:23      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
518801180       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 29 2020 01:45:23      Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
518758080       +E-mail/Text: bankruptcy@sw-credit.com Aug 29 2020 01:45:06      Southwest Credit Systems,
                  4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
518758081       +E-mail/Text: bankruptcy@sw-credit.com Aug 29 2020 01:45:06      Southwest Credit Systems,
                  4120 International Parkway,    Carrollton, TX 75007-1958
518760435       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 01:54:35      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518758083       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 01:53:52      Synchrony Bank/Select Comfort,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518758084       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 01:53:52      Synchrony Bank/Select Comfort,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
518758085       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 29 2020 01:43:38
                  Verizon Wireless,    Attn: Verizon Bankruptcy,    500 Technology Dr, Ste 500,
                  Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 25
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 28, 2020
                              Form ID: 132             Total Noticed: 39
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Ally Capital,    P.O. Box 130424,    Roseville, MN 55113-0004
                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Ronald A Corduan, Jr. courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 5
```