Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 20−14141−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald A Corduan Jr.
   497 Fairfield Ave
   Brick, NJ 08723

Social Security No.:
   xxx−xx−5723

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2020
JAN: dmi

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14141-CMG |
| Ronald A Corduan, Jr. | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 09, 2020 | Form ID: 148 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald A Corduan, Jr., 497 Fairfield Ave, Brick, NJ 08723-5263 |
| 518758066 | + | Brick Township, Brick Utlities, 1551 Highway 88 West, Brick, NJ 08724-2399 |
| 518758072 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, Jersey Central Power & Light, PO Box 3687, Akron, OH 44309 |
| 518758073 | #+ | KML Law Group, 216 Haddon Ave Ste 406, Collingswood, NJ 08108-2812 |
| 518875545 | + | STATE OF NEW JERSEY DEPARTMENT OF LABOR, PO BOX 951, TRENTON, NJ 08625-0951 |
| 518758082 | + | State of New Jersey, Division of Taxation, 50 Barrck Street, Trenton, NJ 08608-2006 |
| 518758086 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2020 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2020 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518758059 | + EDI: GMACFS.COM | Oct 10 2020 01:38:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 518837188 | EDI: GMACFS.COM | Oct 10 2020 01:38:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518758060 | + EDI: GMACFS.COM | Oct 10 2020 01:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518758061 | + EDI: GMACFS.COM | Oct 10 2020 01:38:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518758062 | + EDI: AMEREXPR.COM | Oct 10 2020 01:38:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518758063 | + EDI: AMEREXPR.COM | Oct 10 2020 01:38:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518758064 | + EDI: TSYS2.COM | Oct 10 2020 01:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518758065 | + EDI: TSYS2.COM | Oct 10 2020 01:38:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518795825 | EDI: CRFRSTNA.COM | Oct 10 2020 01:38:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 518758067 | + EDI: CAPITALONE.COM | Oct 10 2020 01:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 20-14141-CMG    Doc 40    Filed 10/11/20    Entered 10/12/20 00:54:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: 148 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518758068 | + | EDI: CAPITALONE.COM | Oct 10 2020 01:38:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518777124 | + | EDI: AIS.COM | Oct 10 2020 01:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518758070 | + | EDI: CRFRSTNA.COM | Oct 10 2020 01:38:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 518758069 | + | EDI: CRFRSTNA.COM | Oct 10 2020 01:38:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 518758071 | | EDI: IRS.COM | Oct 10 2020 01:38:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518758074 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 09 2020 22:05:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518758075 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 09 2020 22:05:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518758077 | | EDI: PRA.COM | Oct 10 2020 01:38:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518758076 | | EDI: PRA.COM | Oct 10 2020 01:38:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518791710 | | EDI: PRA.COM | Oct 10 2020 01:38:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518823474 | | EDI: PRA.COM | Oct 10 2020 01:38:00 | Portfolio Recovery Associates, LLC, c/o Priceline, POB 41067, Norfolk VA 23541 |
| 518758078 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 09 2020 22:07:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 518758079 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 09 2020 22:07:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 518801180 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 09 2020 22:07:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518758081 | + | EDI: SWCR.COM | Oct 10 2020 01:43:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518758080 | + | EDI: SWCR.COM | Oct 10 2020 01:43:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518760435 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518758083 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518758084 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | Synchrony Bank/Select Comfort, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518758085 | + | EDI: VERIZONCOMB.COM | Oct 10 2020 01:38:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Ronald A Corduan  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com |

TOTAL: 5