UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton,  NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on October 9, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Ronald A Corduan, Jr.

Debtor(s)

Case No.: 20-14141 / CMG

Chapter: 13

Hearing Date: 10/07/2020

Judge:  Christine M. Gravelle

**CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL**

The relief set forth on the following page is **ORDERED**.

**DATED: October 9, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $1,800.00 from available funds on hand received prior to dismissal.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, payments ordered for attorney fees, or any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 20-14141-CMG

Ronald A Corduan, Jr.                                                             Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

---

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

**Recip ID**      **Recipient Name and Address**
db           + Ronald A Corduan, Jr., 497 Fairfield Ave, Brick, NJ 08723-5263

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020          Signature:        /s/Joseph Speetjens

---

# CM /ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Ronald A Corduan  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com |

TOTAL: 5